UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60264-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

NATHANIEL MOSS,

        Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S MARCH 21, 2011 ORDER (DE 103)

**THIS CAUSE** is before the Court on the Appeal of Magistrate Judge's March 21, 2011 Order (DE 103) Denying Motion for Exercise of Court's Supervisory Power and for Evidentiary Hearing and for Further Discovery [DE 106]. The Court has carefully reviewed the underlying motion [DE 87], the Government's response [DE 99], the Defendant's reply [DE 102], Judge Barry S. Seltzer's Order [DE 103], the applicable authority, and is otherwise advised in the premises.

Although the Defendant asserts a claim for injunctive relief, the factual allegations contained in his motion do not support such relief. Therefore, no evidentiary hearing was required. Accordingly, the burden on this appeal is on Mr. Moss to show that Judge Seltzer's order is clearly erroneous or contrary to law.

Judge Seltzer's nineteen-page order was well-written and addressed each issue raised by Mr. Moss in his motion. This Court finds no legal error and totally concurs in Judge Seltzer's analysis and conclusions of law. Mr. Moss's factual allegations do not give rise to a Sixth Amendment violation. Mr. Moss has shown no prejudice, constitutional, or ethical violation, and is not entitled to relief.

It is thereupon

**ORDERED AND ADJUDGED** that the Order on Motion for Exercise of Court's Supervisory Power to Preserve the Integrity of These Proceedings, to Deter Illegal Conduct and to Protect Mr. Moss' Rights Under the Fifth, Sixth, and Eighth Amendments, and for Evidentiary Hearing and for Further Discovery (DE 87) [DE 103] is hereby **AFFIRMED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 6th day of May, 2011.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF